IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL LEE STATEN, III,
    Plaintiff,

v.                                      Case No. 3:17cv697/LAC/EMT

SGT. D. BARLOW, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 13, 2019 (ECF No. 71). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' Motion for Summary Judgment (ECF No. 56) is **GRANTED IN PART** and **DENIED IN PART** as follows:

  a. Summary judgment is **GRANTED** in favor of Defendants on the issue of compensatory and punitive damages against Defendants in their individual capacities, and Plaintiff's recovery should be limited to nominal damages;

  b. Summary judgment is **GRANTED** in favor of Defendants on the issue of monetary damages, including nominal damages, against Defendants in their official capacities; pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

  c. Summary judgment is **DENIED** to the extent Defendants seek judgment on Plaintiff's Eighth Amendment claims.

3. Plaintiff's Motion to Dismiss Defendants' Motion for Summary Judgment (ECF No. 67) is **DENIED**.

4. This case is recommitted to the assigned magistrate judge for further pre-trial proceedings on Plaintiff's Eighth Amendment claims for nominal damages against Defendants in their individual capacities.

**DONE AND ORDERED** this 27th day of March, 2019.

        *s/L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:18cv557/LAC/EMT